**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LISA CLARK,

                Plaintiff,                        20 **CIVIL** 8104 (BCM)

      -against-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated August 24, 2022, Plaintiff's motion for judgment on the pleadings (Dkt. 19) is DENIED and the Commissioner's motion for judgment on the pleadings (Dkt. 23) is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
           August 26, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                            **BY:**      *J. Saviñon*

                                                           **Deputy Clerk**